**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 02-7681**

―――――――

DONALD CORNELIUS COOK, JR.,

Plaintiff - Appellant,

versus

STEPHEN DOAK; MATTHER BONDS; LYNDA HYATT,
M.D.,

Defendants - Appellees.

―――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Raymond A. Jackson, District
Judge.  (CA-02-780)

―――――――

Submitted:  December 16, 2002      Decided:  December 23, 2002

―――――――

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

―――――――

Affirmed by unpublished per curiam opinion.

―――――――

Donald Cornelius Cook, Jr., Appellant Pro Se.

―――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donald Cornelius Cook, Jr. appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Cook v. Doak, No. CA-02-780 (E.D. Va. filed Oct. 8, 2002; entered Oct. 9, 2002). We deny Cook's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED